901 A.2d 906

IN THE MATTER OF JEFFREY R. POCARO, AN ATTORNEY AT LAW (ATTORNEY NO. 023391982).

July 18, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 01–036, concluding that **JEFFREY R. POCARO** of **FANWOOD**, who was admitted to the bar of this State in 1982, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) (failure to communicate with client), and *RPC* 3.2 (failure to expedite litigation);

And the Court having determined from its review of the record that a censure is the appropriate discipline for respondent's unethical conduct;

And good cause appearing:

It is ORDERED that **JEFFREY R. POCARO** is hereby censured; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.